**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KIMBERLY CLARK,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No:   6:13-cv-1801-Orl-40KRS**

**THREE MULLIGANS, LLC,**

      **Defendant.**

---

**ORDER**

This cause is before the Court on Plaintiff's Amended Motion for Entry of Default Judgment (Doc. 31) filed on October 13, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.   After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed December 16, 2014 (Doc. 33), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Plaintiff's Amended Motion for Entry of Default Judgment is hereby **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on January 6, 2015.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record and Unrepresented Parties